UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
           :
EDWIN ZAYAS, *individually and on behalf of all others*  :
*similarly situated*,            :
           :     19-CV-10349 (JMF)
        Plaintiff,       :
           :     MEDIATION REFERRAL
    -v-            :     ORDER
           :
144-146 WEST 19TH STREET ASSOCIATES, LLC,  :
and GO GO THAI INC.,          :
           :
        Defendants.    :
           :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  **The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled (by separate Order to be entered today) for February 27, 2020.**  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

      SO ORDERED.

Dated: November 7, 2019
       New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge