UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

EDWIN ZAYAS, Individually and on Behalf of
All Others Similarly Situated,

No. 19-cv-10349 (JMF) (KHP)

Plaintiff,

**NOTICE OF APPEARANCE**

-against-

144-146 WEST 19TH STREET
ASSOCIATES, LLC and GO GO THAI INC.,

Defendants.

-----------------------------------------------------------------x

To the Clerk of the Court and All Parties of Record:

Please enter the appearance of John V. Baranello, counsel to Moses & Singer LLP, as counsel of record for defendant Go Go Curry America LLC, incorrectly sued herein as Go Go Thai Inc.

John V. Baranello certifies that he is admitted to practice in this Court.

Dated:   New York, New York           MOSES & SINGER LLP
         January 21, 2020

                                      By: /s_John V. Baranello
                                          John V. Baranello, Esq.

                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, New York 10174-1299
                                      Telephone: (212) 554-7863
                                      E-mail: jbaranello@mosessinger.com
                                      Facsimile: (212) 377-6064
                                      *Attorneys for Go Go Curry America LLC*

1030478v1 014426.0103