UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDWIN ZAYAS, Individually and on Behalf of
All Others Similarly Situated,

No. 19-cv-10349 (JMF) (KHP)

Plaintiff,

**DISCLOSURE STATEMENT**

-against-

144-146 WEST 19TH STREET
ASSOCIATES, LLC and GO GO THAI INC.,

Defendants.

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Go Go Curry America LLC, incorrectly sued herein as Go Go Thai Inc., by and through its attorneys, Moses & Singer LLP, hereby states that (1) Smile and Hospitality Inc. is its parent corporation, and (2) no publicly-held corporation owns 10% or more of its stock.

| | | |
|---|---|---|
| Dated: | New York, New York<br>January 21, 2020 | MOSES & SINGER LLP<br><br>By: /s John V. Baranello<br>John V. Baranello, Esq.<br><br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174-1299<br>Telephone: (212) 554-7863<br>E-mail: jbaranello@mosessinger.com<br>Facsimile: (212) 377-6064<br>*Attorneys for Go Go Curry America LLC* |