UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
EDWIN ZAYAS, Individually and on Behalf of　　　　　　Docket No.: 19-cv-10349
All Others Similarly Situated,

                                  Plaintiffs,　　　　　　NOTICE OF APPEARANCE

     -against-

144-146 WEST 19TH STREET ASSOCIATES, LLC
and GO GO THAI INC.,
                                  Defendants.
-----------------------------------------------------------------------x

       Please take notice that Wilson, Elser, Moskowitz, Edelman & Dicker LLP, located at 150 East 42nd Street, New York, NY 10017, hereby appears as counsel for defendant 144-146 WEST 19TH STREET ASSOCIATES, LLC in the above-captioned matter.  Please enter this appearance and update your records to reflect this change, directing all correspondence and notices to the address below.

Dated:　　New York, New York
　　　　　　January 21, 2020

                                                By:　　/s/ John P. Kelly
                                                     John P. Kelly
                                                     Attorneys for Defendant
                                                     144-146 WEST 19TH STREET
                                                     ASSOCIATES, LLC
                                                     150 East 42nd Street
                                                     New York, New York 10017
                                                     Ph: (212) 490-3000
                                                     Fx: (212) 490-3038
                                                     john.p.kelly@wilsonelser.com
                                                     File No.

To:　　All parties of record (via ECF)

10400275v.1